UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHRISTOPHER BARKER,**

    Petitioner,

v.                        Case No: 5:23-cv-419-WFJ-PRL

**WARDEN, FCC COLEMAN – LOW,**

    Respondent.
_____

## ORDER

Petitioner initiated this case on July 3, 2023, by filing a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The Court issued an Order (Doc. 4) requiring Petitioner to file an amended petition on or before August 9, 2023. Petitioner failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 15, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party; Counsel of Record